IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 16-24195 GLT |
| David A. Lanious, ) | Chapter 13 |
| ) | Docket No. |
| *Debtor* ) | |
| ) | |
| David A. Lanious, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *No Respondent(s)* ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 7, 2021 at docket number 56, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


October 25, 2021                                              /s/  David A. Lanious
Date                                                                    Debtor


_____                          _____
Date                                                                    Debtor

Respectfully submitted,

October 28, 2021                          /s/ Kenneth Steidl
DATE                                             Kenneth Steidl, Esquire
                                                  Attorney for the Debtor

                                                  STEIDL & STEINBERG
                                                  707 Grant Street
                                                  Suite 2830, Gulf Tower
                                                  Pittsburgh, PA 15219
                                                  (412) 391-8000
                                                  ken.steidl@steidl-steinberg.com
                                                  PA I.D. No. 34965