**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/10/21 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  DAVID A. LANIOUS

Case No. 16-24195GLT

        Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
    vs.
DAVID A. LANIOUS

Chapter 13

Document No. 60

      Respondents

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __10th__ day of November, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

        The Flying Pancakes
        Attn: Payroll Manager
        3703 Forbes Ave
        Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of DAVID A. LANIOUS, social security number XXX-XX-8299.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID A. LANIOUS.

Dated: 11/10/21

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David A. Lanious  
    Debtor

Case No. 16-24195-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2  
Date Rcvd: Nov 10, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David A. Lanious, 13 Ridge Avenue, Pittsburgh, PA 15223-1233 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor David A. Lanious julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Selene Finance LP pabk@logs.com logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 2 of 2 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor Selene Finance LP smncina@rascrane.com

TOTAL: 7