Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **David A. Lanious** <br> *Debtor(s)* | Case No. 16−24195−GLT <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | |
| v. <br> **No Respondents** <br> *Respondent(s).* | Related to Document No. 66 <br><br> Hearing Date: 3/9/22 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 27th of December, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 66 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1) *On or before February 10, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2) This Motion is scheduled for hearing on *March 9, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing.*

*[Signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24195-GLT |
| David A. Lanious | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A. Lanious, 13 Ridge Avenue, Pittsburgh, PA 15223-1233 |
| 14320171 | + | AMEX Department Stores Inc., PO Box 8218, Mason, OH 45040-8218 |
| 14320173 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14368491 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14367529 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14320180 | + | Carrie A. Brown, Esq., Robert N. Polas, Jr., Esq., Mark R. Garvey, Esq., 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14320188 | + | Court of Common Pleas of, Allegheny County, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 14320193 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14320192 | | First National Credit, 520 E. 60th Street N., Sioux Falls, SD 57104 |
| 14330616 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14320203 | + | Professional Recovery / Credit Control, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 14320206 | + | Seline Finance LP, 9990 Richmond, Suite 400S, Houston, TX 77042-8500 |
| 14791349 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bkteam@selenefinance.com | Dec 28 2021 02:40:00 | Selene Finance LP, 9990 Richmond Avenue, Suite 400S, Houston, TX 77042-8500 |
| 14320172 | + | Email/Text: legal@arsnational.com | Dec 28 2021 02:40:00 | ARS National, 201 West Grand, Escondido, CA 92025-2603 |
| 14332077 | | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14320170 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14320174 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 28 2021 02:40:00 | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14320177 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:38 | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14320178 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:51 | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14367529 | | Email/PDF: bncnotices@becket-lee.com | Dec 28 2021 02:39:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 16-24195-GLT    Doc 68    Filed 12/29/21    Entered 12/30/21 00:26:29    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 14373404 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 02:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14320183 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:55 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320186 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | Comenity Bank / Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14320187 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | Comenity Bank/Giant Eagle, PO Box 182789, Columbus, OH 43218-2789 |
| 14346106 | + | Email/Text: BKPT@cfna.com | Dec 28 2021 02:40:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14320189 | | Email/Text: BKPT@cfna.com | Dec 28 2021 02:40:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 14320190 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 28 2021 02:39:44 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14320191 | + | Email/Text: kthompson@crownasset.com | Dec 28 2021 02:41:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd. Suite 725, Duluth, GA 30096-7605 |
| 14380423 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2021 02:40:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14320194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:36 | Goodyear/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14320195 | + | Email/Text: bankruptcy@huntington.com | Dec 28 2021 02:41:00 | Huntington National Bank, 7 Easton Oval, EA4E51, Columbus, OH 43219-6010 |
| 14320181 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2021 02:39:41 | Chase Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14320196 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 28 2021 02:40:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14320197 | + | Email/Text: ebn@ltdfin.com | Dec 28 2021 02:40:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 14352690 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2021 02:39:35 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15225797 | | Email/Text: camanagement@mtb.com | Dec 28 2021 02:40:00 | M&T Bank, P.O. Box 1288, Attn: Payment Processing, Buffalo, NY 14240 |
| 14338751 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 28 2021 02:39:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14377008 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2021 02:41:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14320198 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 28 2021 02:39:29 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 14320199 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2021 02:41:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14320201 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 28 2021 02:41:00 | NCC Business Serivces, Inc., 9428 Baymeadows Rd., Suite 200, Jacksonville, FL 32256-7912 |
| 14320200 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | Dec 28 2021 02:41:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14320202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:34 | Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14380427 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

Case 16-24195-GLT    Doc 68    Filed 12/29/21    Entered 12/30/21 00:26:29    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 58 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14325537 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14334795 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2021 02:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14320207 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:40 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14320208 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:28 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 14320209 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:31 | SYNCB/Levin Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 14320210 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:49 | SYNCB/Lowe's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14320211 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:28 | SYNCB/Sam's Club Dual Card, PO Box965005, Orlando, FL 32896-5005 |
| 14320212 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:40 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14320204 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:47 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14400545 | + | Email/Text: bkteam@selenefinance.com | Dec 28 2021 02:40:00 | Selene Finance LP, 9990 Richmond Ave. Ste 400 South, Houston, TX 77042-4546 |
| 14397506 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14320213 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:46 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14320214 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 28 2021 02:41:00 | US Bank RMS CC, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC as serviced by M&T Ba |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14320175 | *+ | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14320176 | *+ | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14320179 | * | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14320184 | * | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320185 | * | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320182 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14320205 | ##+ | Selene Finance, 120 Gibraltar Road, Suite 300, Horsham, PA 19044-2350 |

TOTAL: 3 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 4 of 4 |
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 58 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
   on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com

Kenneth Steidl
   on behalf of Debtor David A. Lanious julie.steidl@steidl-steinberg.com
   ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kevin Scott Frankel
   on behalf of Creditor Selene Finance LP pabk@logs.com logsecf@logs.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
   on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Sindi Mncina
   on behalf of Creditor Selene Finance LP smncina@rascrane.com

TOTAL: 7