**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DAVID A. LANIOUS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:16-24195 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/10/2016 and confirmed on 1/13/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111,686.24 |
| Less Refunds to Debtor | 943.07 | |
| TOTAL AMOUNT OF PLAN FUND | | 110,743.17 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 5,155.28 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,555.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 55,650.46 | 0.00 | 55,650.46 |
|     Acct: 7973 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 177.20 | 177.20 | 0.00 | 177.20 |
|     Acct: 7973 | | | | |
|   ALLY FINANCIAL(*) | 8,664.41 | 8,664.41 | 429.30 | 9,093.71 |
|     Acct: 7436 | | | | |
| | | | | 64,921.37 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A. LANIOUS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A. LANIOUS | 943.07 | 943.07 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,068.20 | 742.36 | 0.00 | 742.36 |
|     Acct: 8567 | | | | |
|   ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF AMERICA NA** | 2,831.43 | 1,967.73 | 0.00 | 1,967.73 |
|     Acct: 1900 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,194.02 | 829.80 | 0.00 | 829.80 |
|     Acct: 6126 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 4,725.01 | 3,283.68 | 0.00 | 3,283.68 |
|     Acct: 0441 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,771.89 | 2,621.30 | 0.00 | 2,621.30 |
|     Acct: 0519 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,509.44 | 1,743.96 | 0.00 | 1,743.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4084 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,626.18 | 1,130.13 | 0.00 | 1,130.13 |
| Acct: 9020 | | | | |
| ROBERT POLAS ESQUIRE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 5,090.97 | 3,538.01 | 0.00 | 3,538.01 |
| Acct: 9972 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 196.91 | 136.84 | 0.00 | 136.84 |
| Acct: 5510 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,321.86 | 918.64 | 0.00 | 918.64 |
| Acct: 7926 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 1,197.91 | 832.50 | 0.00 | 832.50 |
| Acct: 8448 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 3,964.66 | 2,755.27 | 0.00 | 2,755.27 |
| Acct: 0018 | | | | |
| ALLEGHENY COUNTY COURT OF COMMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4144 | | | | |
| CREDIT FIRST NA* | 803.79 | 558.60 | 0.00 | 558.60 |
| Acct: 8299 | | | | |
| MIDLAND FUNDING LLC | 680.17 | 472.69 | 0.00 | 472.69 |
| Acct: 6026 | | | | |
| CROWN ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 2,392.47 | 1,662.67 | 0.00 | 1,662.67 |
| Acct: 3745 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 911.16 | 633.22 | 0.00 | 633.22 |
| Acct: 5142 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 2,881.79 | 2,002.73 | 0.00 | 2,002.73 |
| Acct: 2949 | | | | |
| LTD FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MERRICK BANK | 1,789.28 | 1,243.48 | 0.00 | 1,243.48 |
| Acct: 4990 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NCC BUSINESS SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4144 | | | | |
| PROFESSIONAL RECOVERY SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8853 | | | | |
| MIDLAND FUNDING LLC | 1,114.32 | 774.41 | 0.00 | 774.41 |
| Acct: 6323 | | | | |
| MIDLAND FUNDING LLC | 417.48 | 290.13 | 0.00 | 290.13 |
| Acct: 5521 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,650.32 | 1,146.91 | 0.00 | 1,146.91 |
| Acct: 8040 | | | | |
| MIDLAND FUNDING LLC | 2,623.75 | 1,823.40 | 0.00 | 1,823.40 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4994 | | | | |
| | MIDLAND FUNDING LLC | 4,269.55 | 2,967.16 | 0.00 | 2,967.16 |
| | Acct: 6256 | | | | |
| | ECAST SETTLEMENT CORP | 3,387.70 | 2,354.31 | 0.00 | 2,354.31 |
| | Acct: 9428 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 498.87 | 346.69 | 0.00 | 346.69 |
| | Acct: 9979 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 343.03 | 238.39 | 0.00 | 238.39 |
| | Acct: 5109 | | | | |
| | MIDLAND FUNDING LLC | 361.90 | 251.51 | 0.00 | 251.51 |
| | Acct: 4883 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 37,266.52 |

TOTAL PAID TO CREDITORS                                                                    102,187.89

TOTAL CLAIMED
PRIORITY        0.00
SECURED     8,841.61
UNSECURED  53,624.06

Date: 12/23/2021                                      /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAVID A. LANIOUS

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-24195

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24195-GLT |
| David A. Lanious | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A. Lanious, 13 Ridge Avenue, Pittsburgh, PA 15223-1233 |
| 14320171 | + | AMEX Department Stores Inc., PO Box 8218, Mason, OH 45040-8218 |
| 14320173 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14368491 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14367529 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14320180 | + | Carrie A. Brown, Esq., Robert N. Polas, Jr., Esq., Mark R. Garvey, Esq., 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14320188 | + | Court of Common Pleas of, Allegheny County, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 14320193 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14320192 | | First National Credit, 520 E. 60th Street N., Sioux Falls, SD 57104 |
| 14330616 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14320203 | + | Professional Recovery / Credit Control, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 14320206 | + | Seline Finance LP, 9990 Richmond, Suite 400S, Houston, TX 77042-8500 |
| 14791349 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:44 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bkteam@selenefinance.com | Dec 28 2021 02:40:00 | Selene Finance LP, 9990 Richmond Avenue, Suite 400S, Houston, TX 77042-8500 |
| 14320172 | + | Email/Text: legal@arsnational.com | Dec 28 2021 02:40:00 | ARS National, 201 West Grand, Escondido, CA 92025-2603 |
| 14332077 | | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14320170 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14320174 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 28 2021 02:40:00 | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14320177 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:45 | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14320178 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:31 | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14367529 | | Email/PDF: bncnotices@becket-lee.com | Dec 28 2021 02:39:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 16-24195-GLT    Doc 69    Filed 12/29/21    Entered 12/30/21 00:26:29    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14373404 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 02:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14320183 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:55 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320186 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | Comenity Bank / Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14320187 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | Comenity Bank/Giant Eagle, PO Box 182789, Columbus, OH 43218-2789 |
| 14346106 | + | Email/Text: BKPT@cfna.com | Dec 28 2021 02:40:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14320189 | | Email/Text: BKPT@cfna.com | Dec 28 2021 02:40:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 14320190 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 28 2021 02:39:43 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14320191 | + | Email/Text: kthompson@crownasset.com | Dec 28 2021 02:41:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd. Suite 725, Duluth, GA 30096-7605 |
| 14380423 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2021 02:41:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14320194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:38 | Goodyear/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14320195 | + | Email/Text: bankruptcy@huntington.com | Dec 28 2021 02:41:00 | Huntington National Bank, 7 Easton Oval, EA4E51, Columbus, OH 43219-6010 |
| 14320181 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2021 02:39:50 | Chase Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14320196 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 28 2021 02:40:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14320197 | + | Email/Text: ebn@ltdfin.com | Dec 28 2021 02:40:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 14352690 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2021 02:39:45 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15225797 | | Email/Text: camanagement@mtb.com | Dec 28 2021 02:40:00 | M&T Bank, P.O. Box 1288, Attn: Payment Processing, Buffalo, NY 14240 |
| 14338751 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 28 2021 02:39:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14377008 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2021 02:41:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14320198 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 28 2021 02:39:28 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 14320199 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2021 02:41:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14320201 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 28 2021 02:41:00 | NCC Business Serivces, Inc., 9428 Baymeadows Rd., Suite 200, Jacksonville, FL 32256-7912 |
| 14320200 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | Dec 28 2021 02:41:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14320202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:53 | Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14380427 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14325537 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14334795 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2021 02:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14320207 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:41 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14320208 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:29 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 14320209 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:29 | SYNCB/Levin Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 14320210 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:40 | SYNCB/Lowe's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14320211 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:49 | SYNCB/Sam's Club Dual Card, PO Box965005, Orlando, FL 32896-5005 |
| 14320212 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:50 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14320204 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:46 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14400545 | + | Email/Text: bkteam@selenefinance.com | Dec 28 2021 02:40:00 | Selene Finance LP, 9990 Richmond Ave. Ste 400 South, Houston, TX 77042-4546 |
| 14397506 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14320213 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:56 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14320214 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 28 2021 02:41:00 | US Bank RMS CC, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC as serviced by M&T Ba |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14320175 | *+ | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14320176 | *+ | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14320179 | * | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14320184 | * | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320185 | * | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320182 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14320205 | ##+ | Selene Finance, 120 Gibraltar Road, Suite 300, Horsham, PA 19044-2350 |

TOTAL: 3 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: jhel | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 58 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor David A. Lanious julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Selene Finance LP pabk@logs.com logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Selene Finance LP smncina@rascrane.com |

TOTAL: 7