**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David A. Lanious<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8299<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–24195–GLT | |

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David A. Lanious

2/11/22

**By the court:** <u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-24195-GLT
David A. Lanious     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Feb 11, 2022     Form ID: 3180W     Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | David A. Lanious, 13 Ridge Avenue, Pittsburgh, PA 15223-1233 |
| 14320171 | + | AMEX Department Stores Inc., PO Box 8218, Mason, OH 45040-8218 |
| 14368491 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14320180 | + | Carrie A. Brown, Esq., Robert N. Polas, Jr., Esq., Mark R. Garvey, Esq., 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14320188 | + | Court of Common Pleas of, Allegheny County, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 14320193 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14330616 | + | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197-0002 |
| 14320192 | | First National Credit, 520 E. 60th Street N., Sioux Falls, SD 57104 |
| 14320203 | + | Professional Recovery / Credit Control, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 14320206 | + | Seline Finance LP, 9990 Richmond, Suite 400S, Houston, TX 77042-8500 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Feb 12 2022 04:03:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bkteam@selenefinance.com | Feb 11 2022 23:09:00 | Selene Finance LP, 9990 Richmond Avenue, Suite 400S, Houston, TX 77042-8500 |
| 14320172 | + | EDI: ARSN.COM | Feb 12 2022 04:03:00 | ARS National, 201 West Grand, Escondido, CA 92025-2603 |
| 14332077 | | EDI: GMACFS.COM | Feb 12 2022 04:03:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14320170 | + | EDI: GMACFS.COM | Feb 12 2022 04:03:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |

Case 16-24195-GLT    Doc 72    Filed 02/13/22    Entered 02/14/22 00:23:56    Desc Imaged
                            Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14320173 | + | EDI: BANKAMER.COM | Feb 12 2022 04:03:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14320174 | + | EDI: TSYS2 | Feb 12 2022 04:03:00 | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14320177 | + | EDI: CITICORP.COM | Feb 12 2022 04:03:00 | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14320178 | | EDI: CAPITALONE.COM | Feb 12 2022 04:03:00 | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14367529 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14373404 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2022 23:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14320183 | | EDI: CITICORP.COM | Feb 12 2022 04:03:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320186 | | EDI: WFNNB.COM | Feb 12 2022 04:03:00 | Comenity Bank / Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14320187 | | EDI: WFNNB.COM | Feb 12 2022 04:03:00 | Comenity Bank/Giant Eagle, PO Box 182789, Columbus, OH 43218-2789 |
| 14346106 | + | EDI: CRFRSTNA.COM | Feb 12 2022 04:03:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14320189 | | EDI: CRFRSTNA.COM | Feb 12 2022 04:03:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 14320190 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 11 2022 23:18:43 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14320191 | + | Email/Text: kthompson@crownasset.com | Feb 11 2022 23:09:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd. Suite 725, Duluth, GA 30096-7605 |
| 14380423 | | EDI: Q3G.COM | Feb 12 2022 04:03:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14320194 | + | EDI: CITICORP.COM | Feb 12 2022 04:03:00 | Goodyear/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14320195 | + | Email/Text: bankruptcy@huntington.com | Feb 11 2022 23:09:00 | Huntington National Bank, 7 Easton Oval, EA4E51, Columbus, OH 43219-6010 |
| 14320181 | | EDI: JPMORGANCHASE | Feb 12 2022 04:03:00 | Chase Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14320196 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 11 2022 23:08:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14320197 | + | EDI: LTDFINANCIAL.COM | Feb 12 2022 04:03:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 14352690 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2022 23:18:44 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15225797 | | Email/Text: camanagement@mtb.com | Feb 11 2022 23:09:00 | M&T Bank, P.O. Box 1288, Attn: Payment Processing, Buffalo, NY 14240 |
| 14338751 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 11 2022 23:18:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14377008 | + | EDI: MID8.COM | Feb 12 2022 04:03:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14320198 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 11 2022 23:18:33 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |

Case 16-24195-GLT    Doc 72    Filed 02/13/22    Entered 02/14/22 00:23:56    Desc Imaged
                        Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 60 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14320199 | + | EDI: MID8.COM | Feb 12 2022 04:03:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14320201 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 11 2022 23:09:00 | NCC Business Serivces, Inc., 9428 Baymeadows Rd., Suite 200, Jacksonville, FL 32256-7912 |
| 14320200 | + | EDI: NESF.COM | Feb 12 2022 04:03:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14320202 |  | EDI: PRA.COM | Feb 12 2022 04:03:00 | Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14380427 |  | EDI: PRA.COM | Feb 12 2022 04:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325537 | + | EDI: RECOVERYCORP.COM | Feb 12 2022 04:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14334795 |  | EDI: Q3G.COM | Feb 12 2022 04:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14320207 |  | EDI: RMSC.COM | Feb 12 2022 04:03:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14320208 | + | EDI: RMSC.COM | Feb 12 2022 04:03:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 14320209 | + | EDI: RMSC.COM | Feb 12 2022 04:03:00 | SYNCB/Levin Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 14320210 | + | EDI: RMSC.COM | Feb 12 2022 04:03:00 | SYNCB/Lowe's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14320211 |  | EDI: RMSC.COM | Feb 12 2022 04:03:00 | SYNCB/Sam's Club Dual Card, PO Box965005, Orlando, FL 32896-5005 |
| 14320212 |  | EDI: RMSC.COM | Feb 12 2022 04:03:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14320204 |  | EDI: CITICORP.COM | Feb 12 2022 04:03:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14400545 | + | Email/Text: bkteam@selenefinance.com | Feb 11 2022 23:09:00 | Selene Finance LP, 9990 Richmond Ave. Ste 400 South, Houston, TX 77042-4546 |
| 14397506 | + | EDI: RMSC.COM | Feb 12 2022 04:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14320213 |  | EDI: CITICORP.COM | Feb 12 2022 04:03:00 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14320214 |  | EDI: USBANKARS.COM | Feb 12 2022 04:03:00 | US Bank RMS CC, PO Box 108, Saint Louis, MO 63166 |
| 14791349 |  | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:50 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Duquesne Light Company |
| cr |  | LakeView Loan Servicing, LLC |
| cr |  | Lakeview Loan Servicing, LLC as serviced by M&T Ba |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14320175 | *+ | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14320176 | *+ | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 60 |

| | | |
|---|---|---|
| 14320179 | * | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14320184 | * | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320185 | * | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320182 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14320205 | ##+ | Selene Finance, 120 Gibraltar Road, Suite 300, Horsham, PA 19044-2350 |

TOTAL: 3 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022                              Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com

Kenneth Steidl
    on behalf of Debtor David A. Lanious julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kevin Scott Frankel
    on behalf of Creditor Selene Finance LP pabk@logs.com  logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor Selene Finance LP smncina@rascrane.com

TOTAL: 7