**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/11/22 1:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  DAVID A. LANIOUS

       Debtor(s)

  Ronda J. Winnecour
        Movant
         vs.
  No Repondents.

Case No.:16-24195

Chapter 13

Related to Dkt. No. 66

ORDER OF COURT

   AND NOW, this 11th day of February 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____   jah
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                        Case No. 16-24195-GLT

David A. Lanious                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                User: auto                                             Page 1 of 4

Date Rcvd: Feb 11, 2022                       Form ID: pdf900                              Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A. Lanious, 13 Ridge Avenue, Pittsburgh, PA 15223-1233 |
| 14320171 | + | AMEX Department Stores Inc., PO Box 8218, Mason, OH 45040-8218 |
| 14320173 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14368491 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14320180 | + | Carrie A. Brown, Esq., Robert N. Polas, Jr., Esq., Mark R. Garvey, Esq., 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14320188 | + | Court of Common Pleas of, Allegheny County, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 14320193 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14330616 | + | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197-0002 |
| 14320192 | | First National Credit, 520 E. 60th Street N., Sioux Falls, SD 57104 |
| 14320203 | + | Professional Recovery / Credit Control, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 14320206 | + | Seline Finance LP, 9990 Richmond, Suite 400S, Houston, TX 77042-8500 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2022 23:18:51 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bkteam@selenefinance.com | Feb 11 2022 23:09:00 | Selene Finance LP, 9990 Richmond Avenue, Suite 400S, Houston, TX 77042-8500 |
| 14320172 | + | Email/Text: legal@arsnational.com | Feb 11 2022 23:09:00 | ARS National, 201 West Grand, Escondido, CA 92025-2603 |
| 14332077 | | Email/Text: ally@ebn.phinsolutions.com | Feb 11 2022 23:08:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14320170 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 11 2022 23:08:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14320174 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 11 2022 23:09:00 | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14320177 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2022 23:18:53 | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14320178 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2022 23:18:33 | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14367529 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14373404 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2022 23:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14320183 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| | | Feb 11 2022 23:18:45 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320186 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2022 23:09:00 | Comenity Bank / Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14320187 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2022 23:09:00 | Comenity Bank/Giant Eagle, PO Box 182789, Columbus, OH 43218-2789 |
| 14346106 | + | Email/Text: BKPT@cfna.com Feb 11 2022 23:08:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14320189 | | Email/Text: BKPT@cfna.com Feb 11 2022 23:08:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 14320190 | + | Email/PDF: creditonebknotifications@resurgent.com Feb 11 2022 23:18:51 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14320191 | + | Email/Text: kthompson@crownasset.com Feb 11 2022 23:09:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd. Suite 725, Duluth, GA 30096-7605 |
| 14380423 | | Email/Text: bnc-quantum@quantum3group.com Feb 11 2022 23:09:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14320194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 11 2022 23:18:54 | Goodyear/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14320195 | + | Email/Text: bankruptcy@huntington.com Feb 11 2022 23:09:00 | Huntington National Bank, 7 Easton Oval, EA4E51, Columbus, OH 43219-6010 |
| 14320181 | | Email/PDF: ais.chase.ebn@aisinfo.com Feb 11 2022 23:18:40 | Chase Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14320196 | + | Email/Text: PBNCNotifications@peritusservices.com Feb 11 2022 23:08:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14320197 | + | Email/Text: ebn@ltdfin.com Feb 11 2022 23:09:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 14352690 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 11 2022 23:18:37 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15225797 | | Email/Text: camanagement@mtb.com Feb 11 2022 23:09:00 | M&T Bank, P.O. Box 1288, Attn: Payment Processing, Buffalo, NY 14240 |
| 14338751 | | Email/PDF: MerrickBKNotifications@Resurgent.com Feb 11 2022 23:18:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14377008 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 11 2022 23:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14320198 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Feb 11 2022 23:18:41 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 14320199 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 11 2022 23:09:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14320201 | + | Email/Text: bankruptcydepartment@tsico.com Feb 11 2022 23:09:00 | NCC Business Serivces, Inc., 9428 Baymeadows Rd., Suite 200, Jacksonville, FL 32256-7912 |
| 14320200 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com Feb 11 2022 23:09:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14320202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2022 23:18:43 | Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14380427 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2022 23:18:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325537 | + | Email/PDF: rmscedi@recoverycorp.com Feb 11 2022 23:18:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 16-24195-GLT    Doc 73    Filed 02/13/22    Entered 02/14/22 00:23:56    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 58 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14334795 | | Email/Text: bnc-quantum@quantum3group.com | Feb 11 2022 23:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14320207 | | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:42 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14320208 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:50 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 14320209 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:34 | SYNCB/Levin Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 14320210 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:43 | SYNCB/Lowe's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14320211 | | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:41 | SYNCB/Sam's Club Dual Card, PO Box965005, Orlando, FL 32896-5005 |
| 14320212 | | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:42 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14320204 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2022 23:18:45 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14400545 | + | Email/Text: bkteam@selenefinance.com | Feb 11 2022 23:09:00 | Selene Finance LP, 9990 Richmond Ave. Ste 400 South, Houston, TX 77042-4546 |
| 14397506 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14320213 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2022 23:18:53 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14320214 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 11 2022 23:09:00 | US Bank RMS CC, PO Box 108, Saint Louis, MO 63166 |
| 14791349 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:50 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC as serviced by M&T Ba |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14320175 | *+ | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14320176 | *+ | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14320179 | * | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14320184 | * | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320185 | * | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14320182 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14320205 | ##+ | Selene Finance, 120 Gibraltar Road, Suite 300, Horsham, PA 19044-2350 |

TOTAL: 3 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 58 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor David A. Lanious julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Selene Finance LP pabk@logs.com logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Selene Finance LP smncina@rascrane.com |

TOTAL: 7